FILED
September 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 3:10-mj-00037 CMK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| WILLIAM LAVY, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __William Lavy__; Case __3:10-mj-00037 CMK__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of _____

_X_  Unsecured Appearance Bond in the amount of $50,000.00 to be co-signed by John Lavy.

___  Appearance Bond with 10% Deposit

___  Appearance Bond secured by Real Property

___  Corporate Surety Bail Bond

_X_  (Other) Pretrial Supervision/Conditions.

Issued at __Sacramento, CA__ on __9/15/10__ at __2:45 pm__.

By _____
Kendall J. Newman
United States Magistrate Judge